| Prob 22 (Rev 2/88) **TRANSFER OF JURISDICTION** | Docket Number (Transferring Court) **CR003-0379P-001** |
|---|---|
| | Docket Number (Receiving Court) CR 06-319 JNE |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **JEFFREY LEE PARSON 603 8TH AVENUE SOUTH HOPKINS, MN 55343** | WESTERN WASHINGTON | Seattle |

| | NAME OF SENTENCING JUDGE **The Honorable Marsha J. Pechman** | |
|---|---|---|
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM **08/14/06** | TO **08/13/09** |

OFFENSE
**Possession of an Unregistered Firearm and Felon in Possession of Explosives**

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Western___ DISTRICT OF ___Washington___

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of Minnesota___ upon the Court's order of acceptance of jurisdiction. The Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Sept 7, 2006
DATE

UNITED STATES DISTRICT JUDGE

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE_____ DISTRICT OF ___Minnesota___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9-25-06
DATE

UNITED STATES DISTRICT JUDGE   Joan N. Ericksen

SCANNED

OCT 1 6 2006

U.S. DISTRICT COURT ST. PAUL